COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:      01-12-00692-CR

Trial Court Cause
Number:      1302920

Style:      Giovanni Mora

      **v** The State of Texas

Date motion filed[*]:      May 8, 2014

Type of motion:      Motion to Supplement Brief

Party filing motion:      Appellee, The State of Texas

Document to be filed:      Supplemental Brief

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☒   Granted

          If document is to be filed, document due: _____

          ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒   Other: The state's supplemental brief has been accepted.

Judge's signature: /s/ Terry Jennings
          ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: May 13, 2014